EN EL TRIBUNAL SUPREMO DE PUERTO RICO

| | |
|---|---|
| In re: <br><br><br> Extensión de término por motivo de concesión del día 5 de julio de 2024 | 2024 TSPR 75 <br><br> 214 DPR ___ |

Número del Caso:  EM-2024-0009

Fecha:  2 de julio de 2024

Materia: Extensión de término por motivo de concesión del día 5 de julio de 2024.

Este documento está sujeto a los cambios y correcciones del proceso de compilación y publicación oficial de las decisiones del Tribunal Supremo. Su distribución electrónica se hace como un servicio público a la comunidad.

EN EL TRIBUNAL SUPREMO DE PUERTO RICO

*In re:*

Extensión de término por
motivo de concesión del día          EM-2024-009
5 de julio de 2024

RESOLUCIÓN

En San Juan, Puerto Rico, a 2 de julio de 2024.

La Jueza Presidenta, Hon. Maite D. Oronoz Rodríguez, emitió la Orden Administrativa Núm. OAJP-2024-0124 de 2 de julio de 2024, mediante la cual decretó el viernes 5 de julio de 2024, como una fecha de cierre total en el Tribunal General de Justicia.

Como resultado de lo anterior, y al amparo de nuestra facultad para reglamentar los procedimientos judiciales, al computar los términos en las distintas leyes, reglas o reglamentos de los procedimientos y trámites judiciales de los casos y asuntos a celebrarse en todas las Regiones Judiciales, se aplicará lo dispuesto en los artículos 388 y 389 del Código Político de 1902, 1 LPRA secs. 72 y 73. Por tal razón, se considerará el 5 de julio de 2024 como día feriado. Cualquier término que venza durante ese día, se extenderá al día laborable siguiente.

Se ordena la difusión pública de esta Resolución.

Lo acordó el Tribunal y certifica la Secretaria del Tribunal Supremo Interina.

María I. Colón Falcón
Secretaria del Tribunal Supremo Interina